IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:06MJ00044-001FL

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>           Plaintiff,   )<br>   )<br>    v.   )<br>   )<br>RICKY L. BROOKS,   )<br>   )<br>           Defendant,   )<br>   )<br>    v.   )<br>   )<br>COINBASE, INC.,   )<br>   )<br>           Garnishee.   ) | ORDER TO UNSEAL |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #34], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #43, 43-2] in the above-captioned case be unsealed.

This the __21st__ day of __October__, 2025.

_____
LOUISE W. FLANAGAN
United States District Court Judge